Name: Joshua Moore #85744
Address: EDCF-C
P.O. Box 311
El Dorado, Ks. 67042

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Joshua Moore, Plaintiff
(Full Name)

V.

Kansas Department of Corrections
Joe Norwood, Defendant(s)

CASE NO. 19-3083-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Joshua Moore (Plaintiff), is a citizen of Kansas (State) who presently resides at El Dorado Correctional Facility - Central P.O. Box 311 El Dorado Kansas 67042. (Mailing address or place of confinement.)

2) Defendant Joe Norwood (Name of first defendant) is a citizen of Topeka, Kansas (City, State), and is employed as Secretary of Corrections (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☐  No ☒. If your answer is "Yes", briefly explain:

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                                1

3) Defendant __S. A. Ewing__ is a citizen of
    (Name of second defendant)
__Norton, Kansas__, and is employed as
    (City, state)
__EAI officer__. At the time the
    (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☒. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

received pages removed from stock Exchange book in mail. Allegedly tested positive for Amphedimines and Opiats. Disciplinary Report issued for Introduction of Contraband. Denied outside Testing. Evidence of positive test in Black/White photo, while testing colors were claimed. Attempted to introduce phone conversations with sender. Case continued but no evidence to show evidence reviewed. Found Guilty, loss of Good time and early release Date.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Due Process violation; failed to fully investigate all avenues before ruling of guilt

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Lt. Kruger did not allow the evidence used against me to be sent to a labratory for chemical analysis as I requested several times, and S.A. Ewing said It was allowed. Also Lt Kruger failed to review phone call between me and my mother proving my innocence

B) (1) Count II: Cruel and Unusual Punishment: Being held in custody past original outdate due to unfounded accusations

(2) Supporting Facts: Lt. Kruger took 30 days of my good time as well as another 11 days loss of good time for the D.R.

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

      _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      _____

   d) Issues raised _____

      _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Filed Appeal with Secretary of Corrections Appeal Denied

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Due to lack of evidence, credits. Cash settlement for days served after original out date. Cash settlement for pain and suffering caused by extended unwarranted holdover Compensatory relief of $150,000 Punitive relief - Injunction to change KDOC policy as well as $1,000,000.00

_____        Joshua Moore
Signature of Attorney (if any)         Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82              CIVIL RIGHTS COMPLAINT §1983              5